# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

BOBBY JACK DELAUDER,                )
                                    )
        Petitioner,         )
    v.                            )   Civil Action
                                    )   No. 04-3040-CV-S-GAF-H
ROBERT McFADDEN,[1] et al.,         )
                                    )
        Respondents.        )

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition herein for a writ of habeas corpus and has submitted to the undersigned a report and recommendation that the petition for a writ of habeas corpus be dismissed without prejudice.

Petitioner has filed exceptions to the report and recommendation of the Magistrate in which he continues to assert that his claims sufficiently allege constitutional violations, and that he does not suffer from a mental illness.

Having fully reviewed the record de novo, the Court agrees with the Magistrate that the petition should be dismissed. Initially, petitioner's bare assertions regarding ineptitude, perjury, invasion of privacy, an unauthorized search of his property, dual jeopardy, and disruption of his legal materials, even liberally

---

[1] The name of the current warden at the Medical Center has been substituted for that of the former warden.

construed, fail to state a constitutional violation. Further, the most recent mental health evaluation report, dated April 8, 2005, indicates that petitioner has been lawfully committed to the custody of the Attorney General for care and treatment for a mental illness, that he continues to suffer from that mental illness, receives inpatient psychiatric treatment, and would present a significant risk to others if released. <u>United States v. DeLauder,</u> 98-3057-CV-S-DW (W.D. Mo.). Therefore, petitioner is lawfully committed, and his allegations regarding his mental health commitment, care, and treatment are without merit.

Based on the file and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that petitioner's exceptions filed herein be, and they are hereby, CONSIDERED and OVERRULED.[2] It is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: November 18, 2005

---

[2] The record indicates that petitioner has prepaid the filing fee and does not request leave to proceed in forma pauperis.